JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLIFTON BUTLER, | No. CV 11-4267-JFW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: June 13, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE